JS 45 (01/2008)           REDACTED     PIP

## Criminal Case Cover Sheet                U.S. District Court

**Place of Offense:**     Under Seal: Yes ___ No _X_     Judge Assigned: _LMB_

City _Alexandria_     Superseding Indictment ___     Criminal Number: _11:cr 88_

County/Parish _Alexandria_     Same Defendant ___ New Defendant ___

                  Magistrate Judge Case Number ___ Arraignment Date: ___

                  Search Warrant Case Number ___

                  R 20/R 40 from District of ___

                  Related Case Name and No: _U.S. v. Farkas, 1:10CR200-LMB_

**Defendant Information:**

Juvenile – Yes ___ No _X_ FBI # ___

Defendant Name: _Catherine Kissick_     Alias Name(s) ___

Address: ▮▮▮▮ _Orlando, FL 32806_

Employment: ___

Birth date ▮/61    SS# ▮-8303   Sex _F_ Def Race _W_ Nationality _USA_ Place of Birth ___

Height ___ Weight ___ Hair ___ Eyes ___ Scars/Tattoos ___

Interpreter: _X_ No ___ Yes List language and/or dialect: ___ Automobile Description ___

**Location Status:**

Arrest Date ___

___ Already in Federal Custody as of ___ in ___

___ Already in State Custody    ___ On Pretrial Release    _X_ Not in Custody

___ Arrest Warrant Requested    ___ Fugitive    ___ Summons Requested

___ Arrest Warrant Pending    ___ Detention Sought    ___ Bond ___

**Defense Counsel Information:**

Name: _Douglas Steinberg_     ___ Court Appointed     Counsel conflicted out: ___

Address: ___     _X_ Retained

Telephone: _703-683-5328_     ___ Public Defender     Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**

AUSA _Paul J. Nathanson_   Telephone No: _703-299-3877_    Bar # ___

**Complainant Agency, Address & Phone Number or Person & Title:**

FBI, 601 4th St., N.W., Washington, DC 20535, 202-278-2000, Scott Turner, Special Agent

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to commit bank fraud, wire fraud, and securities fraud | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date: _February 16, 2010_     Signature of AUSA: ___