AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:11CR88 |
| CATHERINE KISSICK | ) | |
| | ) | |
| *Defendant* | ) | |

FILED IN OPEN COURT
MAR - 2 2011
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 3-2-11

_Catherine Kissick_
Defendant's signature

_[signature]_
Signature of defendant's attorney

Doug Steinberg
Printed name of defendant's attorney

/s/ _[signature]_ 3/2/11
**Leonie M. Brinkema**
**United States District Judge**