Date: _3/2/11_   Judge: _Brinkema_   Reporter: _Thomson_
Time: _9:57_ To _10:45_   Interpreter: _____
pre trial ofc   Language: _____
present   Update Deadlines: ____
   Prob. Copies: ____
**UNITED STATES of AMERICA**   PTS Copies: ____
**Vs.**   AUSA Copies: ____

_Catherine Kissick_   _1:11 cr 88_
**Defendant's Name**   **Case Number**

_Douglas Steinberg / Kenton Sands_   _Charles Connolly / Patrick Stokes_
**Counsel for Defendant**   **Counsel for Government**

**Matter called for:**
( ) Motions          ( ) Setting Trial Date     ( ) Change of Plea Hrg.     ( ) Rule 35
( ) Arraignment      ( ) Appeal from USMC      ( ) Sentencing             ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.        (X) Pre-Indictment Plea    ( ) Other: _____

**Defendant appeared:** (✓) in person    ( ) failed to Appear
                       (✓) with Counsel  ( ) without counsel    ( ) through counsel
**Filed in open court:**
(✓) Criminal Information (✓) Plea Agreement (✓) Statement of Facts (✓) Waiver of Indictment ( ) Discovery Order
**Arraignment & Plea:**
( ) WFA (✓) FA (✓)PG ( )PNG   Trial by Jury: ( ) Demanded  ( ) Waived

_____Days to file Motions with Argument on _____
Defendant entered Plea of Guilty as to Count(s) _1 of the Criminal Information_
Motion for Dismissal of Count(s)_____ ( ) by U.S.  ( ) by Deft.
( ) Order entered in open court ( ) Order to follow
Defendant directed to USPO for PSI: ( ) Yes  ( ) No
Case continued to _6/17/11_ at _9:00_ for: ( ) Jury Trial ( ) Bench Trial (✓) Sentencing

US' Rule 35 motion for reduction of sentence ( ) Granted  ( ) Denied;
Sentence of _____ months heretofore imposed is reduced to a term of _____.

Defendant ( ) Admits ( ) Denies  violation of the conditions of probation/supervised release;
Court: ( ) finds ( ) does not find  defendant in violation of conditions of probation/supervised release.
Dft committed to custody of the US Atty General to serve a term of :____ Months; ( ) Supervised Release terminated
_Court accepts plea, guilty CT 1_
_____
_____
_____

All Exhibits must be filed with the Clerk _____ days prior to trial.
Bond Set at: $_50,000_ (X) Unsecured ( ) Surety (X) Personal Recognizance _w/ conditions_
( ) Release Order Entered ( ) Deft. Remanded (X) Deft. Released on Bond ( ) Deft. Continued on Bond

Defendant is: ( ) In Custody ( ) Summons Issued ( ) On Bond ( ) Warrant Issued (X) 1st appearance
_passport surrendered in open court & given to pre-trial ofc. Stewart_